UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CENTRO DE TRABAJADORES UNIDOS, et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al., <br><br> Defendants-Appellees. | No. 25-5181 |

**STATEMENT OF ISSUE TO BE RAISED**

Plaintiffs-appellants intend to raise the following issue in this appeal:

Whether the district court erred in denying plaintiffs-appellants' motion for a preliminary injunction to prevent the Internal Revenue Service from sharing confidential taxpayer information with the Department of Homeland Security and U.S. Customs and Immigration Enforcement.

May 29, 2025                          Respectfully submitted,

                                      /s/ Nandan M. Joshi
Kevin L. Herrera                      Nandan M. Joshi
Mark H. Birhanu                          (DC Bar No. 456750)
Raise the Floor Alliance              Michael T. Kirkpatrick
1 N. LaSalle Street, Suite 1275          (DC Bar No. 486293)
Chicago, Illinois 60602               Public Citizen Litigation Group
(312) 795-9115                        1600 20th Street, NW
                                      Washington, DC 20009
                                      (202) 588-7733
                                      njoshi@citizen.org

                                      Alan B. Morrison
                                         (DC Bar No. 073114)
                                      George Washington University
                                      Law School
                                      2000 H Street, NW
                                      Washington, DC 20052
                                      (202) 994-7120
                                      abmorrison@law.gwu.edu

## CERTIFICATE OF SERVICE

I certify that on May 29, 2025, I caused the foregoing to be filed with the Clerk of the Court through the Court's ECF system, which will serve notice of the filing on all filers registered in this case.

/s/ Nandan M. Joshi
Nandan M. Joshi