ORAL ARGUMENT NOT YET SCHEDULED

Case No. 25-5181

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

CENTRO DE TRABAJADORES UNIDOS, IMMIGRANT SOLIDARITY DUPAGE, SOMOS UN PUEBLO UNIDO, INCLUSIVE ACTION FOR THE CITY,

*Plaintiffs-Appellants,*

v.

SCOTT BESSENT, in his capacity as Secretary of the Treasury, INTERNAL REVENUE SERVICE, WILLIAM H. LONG II, in his official capacity as Commissioner of Internal Revenue, DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, in her official capacity as Secretary of Homeland Security, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,

*Defendants-Appellees.*

---

Appeal from the United States District Court for the District of Columbia,
No. 1:25-cv-00677-DLF
Hon. Dabney L. Friedrich, U.S. District Judge

---

# NOTICE OF INTENT OF ELECTRONIC FRONTIER FOUNDATION TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF APPELLANTS AND REVERSAL

---

Hannah Zhao
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109-7701
Tel: (415) 436-9333
Fax: (415) 436-9993
zhao@eff.org

*Attorneys for Amicus Curiae
Electronic Frontier Foundation*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to D.C. Circuit Rule 26.1 and Federal Rule of Appellate Procedure 26.1, *amicus* submits the following corporate disclosure statement:

*Amicus* Electronic Frontier Foundation ("EFF") is a donor-funded, nonprofit civil liberties organization. EFF has no parent corporation and does not issue stock.

June 27, 2025                  */s/ Hannah Zhao*
                                            Hannah Zhao

                                            *Attorneys for Amicus Curiae*
                                            *Electronic Frontier Foundation*

# NOTICE OF INTENT TO FILE *AMICUS* BRIEF

Pursuant to Federal Rule of Appellate Procedure 29(a) and D.C. Circuit Rule 29(b), the Electronic Frontier Foundation ("EFF") represents that it intends to participate in this case as *amicus curiae*. Appellants and Appellees have consented to the filing by EFF of an *amicus* brief.

EFF is a non-profit civil liberties organization with more than 33,000 active members that has worked for 35 years to ensure that technology supports freedom, justice, and innovation for all people of the world. Amicus has been involved in numerous cases defending privacy rights from government action. *See, e.g.*, *Am. Fed'n. of Gov't Emps. et al. v. U.S. Off. of Pers. Mgmt., et al.*, No. 25-cv-1237 (S.D.N.Y. Jun. 9, 2025) (as counsel); *Carpenter v. United States*, 585 U.S. 296 (2018) (as amicus); *Jewel v. Nat'l Sec. Agency*, 673 F.3d 902 (9th Cir. 2011) (as counsel).

*Amicus* respectfully submits that this notice is timely filed under D.C. Circuit Rule 29(b). EFF intends to file its brief no later than July 7, 2025 in accordance with D.C. Circuit Rule 29(c).

In addition, pursuant to D.C. Circuit Rule 29(d), *amicus* has worked to eliminate or minimize any overlap with the issues addressed by other *amicus*.

June 27, 2025                           Respectfully submitted,

                                          */s/ Hannah Zhao*
                                          Hannah Zhao

Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109-7701
Tel: (415) 436-9333
Fax: (415) 436-9993
zhao@eff.org

*Attorneys for Amicus Curiae*
*Electronic Frontier Foundation*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2025 I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                         /s/ *Hannah Zhao*
                                         Hannah Zhao