ORAL ARGUMENT NOT YET SCHEDULED

No. 25-5181

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

CENTRO DE TRABAJADORES UNIDOS, et al.,

*Plaintiffs-Appellants,*

v.

SCOTT BESSENT, et al.,

*Defendants-Appellees.*

On Appeal from the United States
District Court for the District of Columbia
(Hon. Dabney L. Friedrich), No. 1:25-cv-00677-DLF

**NOTICE OF NINETY-THREE MEMBERS OF CONGRESS
OF INTENTION TO PARTICIPATE AS
AMICI CURIAE IN SUPPORT OF APPELLANTS**

| | |
|---|---|
| Gerson H. Smoger | Leah M. Nicholls |
| SMOGER & ASSOCIATES, P.C. | (D.C. Bar No. 982730) |
| 4228 Hallmark Drive | PUBLIC JUSTICE |
| Dallas, TX 75229 | 1620 L St. NW, Ste. 630 |
| (510) 531-4529 | Washington, D.C. 20036 |
| Smogerlaw@gmail.com | (202) 797-8600 |
| | lnicholls@publicjustice.net |

*Attorneys for Amici Curiae Ninety-Three Members of Congress*

# NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF AMICI CURIAE

Pursuant to D.C. Circuit Rule 29 and the guidance set forth in Section IX.A.4 of the Court's Handbook of Practice and Internal Procedure, Amici Ninety-Three Members of Congress hereby give notice that they intend to file a brief as amici curiae in support of appellant in this matter.[1] Pursuant to D.C. Circuit Rule 29(d), counsel for amicus has coordinated with other amici supporting appellee and sought to ensure that the arguments presented in this brief are novel and that a separate brief is necessary.

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, no Corporate Disclosure Statement is necessary because amici curiae are not corporations. All parties have consented to the filing of this brief.

---

[1] Amici Members of Congress are listed in the Appendix to this Notice.

July 7, 2025                                    Respectfully submitted,


                                                */s/ Leah M. Nicholls*
                                                Leah M. Nicholls (DC Bar No. 982730)
                                                PUBLIC JUSTICE
                                                1620 L St. NW, Ste. 630
                                                Washington, DC 20036
                                                (202) 797-8600
                                                lnicholls@publicjustice.net

                                                Gerson H. Smoger*
                                                SMOGER & ASSOCIATES, P.C.
                                                4228 Hallmark Drive
                                                Dallas, TX 75229
                                                (510) 531-4529
                                                Smogerlaw@gmail.com

                                                * Motion for *pro hac vice* admission forthcoming

                                                *Counsel for Amici Curiae Ninety-Three Members of Congress*

# CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2025, I caused a copy of the foregoing to be sent via the Court's CM/ECF system to counsel of record who have entered an appearance in this case.

*/s/ Leah M. Nicholls*
Leah M. Nicholls

*Counsel for Amici Curiae*
*Ninety-Three Members of Congress*

# APPENDIX: *AMICI CURIAE*

## MEMBERS OF THE U.S. SENATE (4)

**Sheldon Whitehouse**
Senator from Rhode Island

**Alejandro Padilla**
Senator from California

**Catherine Cortez Masto**
Senator from Nevada

**Elizabeth Warren**
Senator from Massachusetts

## MEMBERS OF THE U.S. HOUSE OF REPRESENTATIVES (89)

**Adriano Espaillat**
Representative of New York

**Salud O. Carbajal**
Representative of California

**Gabe Amo**
Representative of Rhode Island

**André Carson**
Representative of Indiana

**Yassamin Ansari**
Representative of Arizona

**Troy Carter**
Representative of Louisiana

**Becca Balint**
Representative of Vermont

**Greg Casar**
Representative of Texas

**Nanette Barragán**
Representative of California

**Sean Casten**
Representative of Illinois

**Joyce Beatty**
Representative of Ohio

**Kathy Castor**
Representative of Florida

**Suzanne Bonamici**
Representative of Oregon

**Joaquin Castro**
Representative of Texas

**Shontel M. Brown**
Representative of Ohio

**Emanuel Cleaver, II**
Representative of Missouri

**Julia Brownley**
Representative of California

**J. Luis Correa**
Representative of California

1

**Jim Costa**
Representative of California

**Joe David Courtney**
Representative of Connecticut

**Jasmine F. Crockett**
Representative of Texas

**Danny K. Davis**
Representative of Illinois

**Madeleine Dean**
Representative of Pennsylvania

**Diana DeGette**
Representative of Colorado

**Maxine Dexter**
Representative of Oregon

**Lloyd Doggett**
Representative of Texas

**Sarah Elfreth**
Representative of Maryland

**Veronica Escobar**
Representative of Texas

**Cleo Fields**
Representative of Louisiana

**Lizzie Fletcher**
Representative of Texas

**Bill Foster**
Representative of Illinois

**Laura S. Friedman**
Representative of California

**Maxwell Alejandro Frost**
Representative of Florida

**John Garamendi**
Representative of California

**Sylvia R. Garcia**
Representative of Texas

**Jesús G. "Chuy" García**
Representative of Illinois

**Jimmy Gomez**
Representative of California

**Maggie Goodlander**
Representative of New Hampshire

**Pablo Jose Hernandez**
Representative of Puerto Rico

**Steven A. Horsford**
Representative of Nevada

**Jared Huffman**
Representative of California

**Glenn F. Ivey**
Representative of Maryland

**Sara Jacobs**
Representative of California

**Pramila Jayapal**
Representative of Washington

**Henry C. ("Hank") Johnson, Jr.**
Representative of Georgia

**Sydney Kamlager-Dove**
Representative of California

**Ro Khanna**
Representative of California

**John B. Larson**
Representative of Connecticut

**Teresa Leger Fernandez**
Representative of New Mexico

**Mike Levin**
Representative of California

**Sam Liccardo**
Representative of California

**Stephen F. Lynch**
Representative of Massachusetts

**Betty Louise McCollum**
Representative of Minnesota

**James P. McGovern**
Representative of Massachusetts

**LaMonica McIver**
Representative of New Jersey

**Robert J. Menendez**
Representative of New Jersey

**Kweisi Mfume**
Representative of Maryland

**Dave Min**
Representative of California

**Seth Moulton**
Representative of Massachusetts

**Eleanor Holmes Norton**
Representative of the District of Columbia

**Alexandria Ocasio-Cortez**
Representative of New York

**Ilhan Omar**
Representative of Minnesota

**Frank Pallone**
Representative of New Jersey

**Nancy Pelosi**
Representative of California

**Brittany Pettersen**
Representative of Colorado

**Chellie Pingree**
Representative of Maine

**Nellie Pou**
Representative of New Jersey

**Mike Quigley**
Representative of Illinois

**Delia C. Ramirez**
Representative of Illinois

**Jamie Raskin**
Representative of Maryland

**Luz M. Rivas**
Representative of California

**Andrea Salinas**
Representative of Oregon

**Linda T. Sánchez**
Representative of California

**Jan Schakowsky**
Representative of Illinois

**Brad Sherman**
Representative of California

**Lateefah Simon**
Representative of California

**Melanie Stansbury**
Representative of New Mexico

**Shri Thanedar**
Representative of Michigan

**Bennie G. Thompson**
Representative of Mississippi

**Rashida Tlaib**
Representative of Michigan

**Norma J. Torres**
Representative of California

**Ritchie Torres**
Representative of New York

**Juan Vargas**
Representative of California

**Nydia M. Velázquez**
Representative of New York

**Debbie Wasserman Schultz**
Representative of Florida

**Maxine Waters**
Representative of California

**Bonnie Watson Coleman**
Representative of New Jersey

**Nikema Williams**
Representative of Georgia

**Frederica S. Wilson**
Representative of Florida