

U.S. Department of Justice

Tax Division

*Please reply to: Appellate Section*

*Facsimile No. (202) 514-8456*  
*Telephone No.(202) 514-3361*  
*P.O. Box 502*  
*Washington, D.C. 20044*

GJKlimas  
5-16-5343  
2025100520

August 8, 2025

Clifton Cislak, Esquire  
Clerk, U.S. Court of Appeals  
  for the District of Columbia Circuit  
U.S. Courthouse, Room 5205  
333 Constitution Avenue, N.W.  
Washington, D.C. 20001

     Re:    Centro de Trabajadores Unidos, et al. v. Scott Bessent, et al.  
           (D.C. Cir. – No. 25-5181)

Dear Mr. Cislak:

     I am an attorney employed in the Appellate Section of the Tax Division of the United States Department of Justice. In that capacity, I have been assigned the primary responsibility for representing the interests of the appellees in the above-captioned appeal. By letter dated July 15, 2025, I advised the Court that I would be unable to present oral argument on September 8-9, October 17, and November 10-18, 2025. I now write to advise the Court that I will be unable to present oral argument on an additional date, September 29, 2025, due to a mediation scheduled in *Brittany Montrois, et al. v. United States*, No. 25-5090 (D.C. Cir.).

     Feel free to contact me if you need any additional information.

                            Sincerely yours,

                            /s/ Geoffrey J. Klimas

                            GEOFFREY J. KLIMAS  
                            Attorney  
                            Appellate Section