# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5181**                                          **September Term, 2025**

**1:25-cv-00677-DLF**

**Filed On: September 22, 2025** [2136323]

Centro de Trabajadores Unidos, et al.,

        Appellants

     v.

Scott Bessent, in his capacity as Secretary
of the Treasury, et al.,

        Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for October 3, 2025, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 15 Minutes |
| Appellees | - | 15 Minutes |

One counsel per side to argue.  The panel considering this case will consist of Chief Judge Srinivasan, Circuit Judge Millett, and Senior Circuit Judge Edwards.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 24, 2025.

### Per Curiam

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

        BY:   /s/
                    Michael C. McGrail
                    Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)