# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Centro de Trabajadores Unidos, et al.

**v.**

Scott Bessent, et al.

**Case No:** 25-5181

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained  ☐ Pro Bono  ☐ Appointed (CJA/FPD)  ☒ Gov't counsel

for the ☐ Appellant(s)/Petitioner(s)  ☒ Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ☐ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

| | |
|---|---|
| Scott Bessent | U.S. Immigration and Customs Enforcement |
| Internal Revenue Service | Todd Lyons |
| Department of Homeland Security | |
| Kristi Noem | |

### Counsel Information

**Lead Counsel:** Geoffrey J. Klimas

**Direct Phone:** (202) 307-6346  **Fax:** (202) 514-8456  **Email:** geoffrey.j.klimas@usdoj.gov

**2nd Counsel:** Jennifer M. Rubin

**Direct Phone:** (202) 307-0524  **Fax:** (202) 514-8456  **Email:** jennifer.m.rubin@usdoj.gov

**3rd Counsel:** Aaron Henricks

**Direct Phone:** (202) 812-9443  **Fax:** (202) 514-8456  **Email:** aaron.henricks3@usdoj.gov

**Firm Name:** US Department of Justice, Tax Division, Appellate Section

**Firm Address:** PO Box 502 Washington, DC 20044

**Firm Phone:** (202) 514-3361  **Fax:** (202) 514-8456  **Email:** appellate.taxcivil@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)