# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 25-5181** | **September Term, 2025** |
| | 1:25-cv-00677-DLF |
| | Filed On: October 3, 2025 [2138638] |

Centro de Trabajadores Unidos, et al.,

    Appellants

  v.

Scott Bessent, in his capacity as Secretary
of the Treasury, et al.,

    Appellees

    **BEFORE:**    Chief Judge Srinivasan, Circuit Judge Millett, and Senior Circuit Judge Edwards

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, October 3, 2025 at 9:34 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

  Nandan M. Joshi, counsel for Appellants.

  Aaron Henricks (DOJ), counsel for Appellees.

                                         **FOR THE COURT:**
                                         Clifton B. Cislak, Clerk

                         BY:    /s/
                                     Anne A. Rothenberger
                                     Deputy Clerk