ORAL ARGUMENT HELD OCT. 3, 2025

**PUBLIC CITIZEN LITIGATION GROUP**
1600 20th Street NW • Washington DC 20009
202/588-1000 • www.citizen.org

October 6, 2025

Clifton Cislak, Clerk
United States Court of Appeals
  for the District of Columbia Circuit
333 Constitution Ave. NW
Washington, DC 20001

    Re:   *Centro de Trabajadores Unidos et al. v. Bessent et al.*,
            No. 25-5181

Dear Mr. Cislak,

    Pursuant to the panel's suggestion at oral argument held on October 3, 2025, appellants submit this letter to lodge in this docket additional materials relating to the sharing of taxpayer information by the Internal Revenue Service (IRS) with U.S. Immigration and Customs Enforcement (ICE).

    These materials consist of publicly available filings in *Center for Taxpayer Rights v. IRS*, No. 25-cv-457 (D.D.C.), currently pending before Judge Kollar-Kotelly.

- **Attachment A** is the "Implementing Agreement for the Memorandum of Understanding for the Exchange of Information for Nontax Criminal Enforcement between the U.S Department of Homeland Security, U.S. Immigration and Customs Enforcement and the U.S Department of the Treasury, Internal Revenue Service," executed on April 18, 2025. *See* ECF 34-1 in *Center for Taxpayer Rights*.

- **Attachment B** is the government's response to Judge Kollar-Kotelly's order for additional information about the sharing of taxpayer information. Attached to that response were two exhibits consisting of (1) ICE's letter dated June 27, 2025, requesting that the IRS furnish taxpayer addresses and (2) the IRS's letter dated August 7, 2025, responding to ICE's request. *See* ECF 40, 40-1, and 40-2 in *Center for Taxpayer Rights*.

Respectfully submitted,

/s/ Nandan M. Joshi
Nandan M. Joshi
Counsel for Appellants

cc: All counsel by ECF

ATTACHMENT A

ATTACHMENT A

UNCLASSIFIED//FOR OFFICIAL USE ONLY

# Implementing Agreement

## for the

## Memorandum of Understanding for the

## Exchange of Information for Nontax Criminal

## Enforcement

## between

## the U.S Department of Homeland Security,

## U.S. Immigration and Customs Enforcement

## and

## the U.S Department of the Treasury,

## Internal Revenue Service

I.  Purpose

This Agreement provides implementing procedures for the Memorandum of Understanding between the U.S. Department of the Treasury, Internal Revenue Service (IRS) and the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE) for the Exchange of Information for Nontax Criminal Enforcement. (MOU), dated April 7, 2025.  ICE will send, and IRS will receive, requests for information for specifically identified individuals via transmittal procedures contained in Section II of this Agreement.

II.  Procedures

01. Disclosures by ICE to the IRS will be in accordance with IRC § 6103(i)(2) and all other applicable law, regulation, and policy.  Information may be securely transmitted via Kiteworks or as otherwise agreed upon.

02. IRS will search the Integrated Data Retrieval System (IDRS) for the information requested.

03. Disclosures by the IRS to ICE: Information may be securely transmitted via Kiteworks or as otherwise agreed upon.

III.  Description of the Records

01. The IRS will

   a. disclose requested information from the following System(s) of Records:

      1. Treasury/IRS 22.060 Automated Non-Master File, 80 FR 54064 (Sept. 8, 2015)
      2. Treasury/IRS 34.037 IRS Audit Trail and Security Records System, 80 FR 54064 (Sept. 8, 2015)
      3. Treasury/IRS 24.030 Customer Account Data Engine Individual Master File, 80 FR 54064 (Sept. 8, 2015)
      4. Treasury/IRS 24.046 Customer Account Data Engine Business Master File, 80 FR 54064 (Sept. 8, 2015)
      5. Treasury/IRS 22.061 Individual Return Master File, 80 FR 54064 (Sept. 8, 2015)
      6. Treasury/IRS 42.008 Audit Information Management System, 80 FR 54064 (Sept. 8, 2015)

   b. treat the incoming data from ICE as transient data and destroy the data when no longer needed for business use, in accordance with General Record Schedule 5.2, item 010.

02. ICE will

   a. disclose the following subject identifier information: CVID; A Number; First, Middle and Last Name; Date of Birth; Address Information; Country of Citizenship; FBI

2 UNCLASSIFIED//FOR OFFICIAL USE ONLY

Numbers; and Fingerprint Identification Number (FINS), from the following System(s) of Records:

1. Alien File, Index, and National File Tracking, 82 F.R. 43556 (Sep. 18, 2017).
2. External Investigations, 85 F.R. 74362 (Nov. 20, 2020).
3. Criminal Arrest Records and Immigration Enforcement Records (CARIER), 89 F.R. 55638 (Jul. 5, 2024).

b. maintain the information provided by IRS in the following Systems of Records:

1. Alien File, Index, and National File Tracking, 82 F.R. 43556, (Sep. 18, 2017).
2. External Investigations, 85 F.R. 74362 (Nov. 20, 2020).
3. Criminal Arrest Records and Immigration Enforcement Records (CARIER), 89 F.R. 55638 (Jul. 5, 2024)

c. ICE will ensure that Federal tax return and return information is properly destroyed or returned to the IRS when no longer needed based on established ICE record retention schedules in accordance with IRS Publication 1075, *Tax Information Security Guidelines for Federal, State and Local Agencies*.

The information in these systems of records notices may be updated during the effective period of this MOU as required by the Privacy Act.

## IV. Reproduction Costs

It is mutually agreed that the parties signing this Agreement will not charge one another for costs incurred in production or reproduction of information provided under this Agreement.

Nothing in this MOU is intended or shall be construed to require the obligation, appropriation, or expenditure of funds from the U.S. Treasury in violation of the Anti-Deficiency Act, 31 U.S.C. §§ 1341-1519.

## V. Approval Signatures

TODD M LYONS
Digitally signed by TODD M LYONS
DN: cn=TODD M LYONS, o=U.S. Government, ou=People, email=Todd.M.Lyons@ice.dhs.gov, c=US
Date: 2025-04-18T16:50:24-0400

_____    _____
Signature                          Date

Todd Lyons
Director (Acting)
Immigration and Customs Enforcement
500 12th St SW
Washington, DC 20536

3 UNCLASSIFIED//FOR OFFICIAL USE ONLY

CEDC_FOIA-003

Dottie A. Romo  
Digitally signed by Dottie A. Romo  
Date: 2025.04.18 13:52:42 -04'00'

_____   _____
Signature                                                                                             Date

Dottie Romo  
Chief Operating Officer (Acting)  
Internal Revenue Service  
1111 Constitution Ave NW  
Washington DC 20224

ATTACHMENT B

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR TAXPAYER RIGHTS, *et al.*,

    *Plaintiffs*,

    v.

INTERNAL REVENUE SERVICE, *et al.*,

    *Defendants*.

Case No. 1:25-cv-00457-CKK

**DEFENDANTS' RESPONSE TO COURT ORDER**

Defendants submit this filing to provide the information requested by the Court in its September 5, 2025 Minute Order.

1. The Court ordered Defendants to provide "the name and title of the individual at IRS who received ICE's June 27, 2025 data request." The IRS received the data request in the form of a letter dated June 27, 2025 from ICE Acting Director Todd M. Lyons, addressed to then–IRS Commissioner Billy Long. A copy of that letter is attached to this filing as Exhibit 1. The Treasury Department received the letter in the first instance and provided it to the IRS. The request also consisted of a datafile, referenced in the letter, that ICE provided to the IRS two days earlier, on June 25, 2025, via a secure dropbox system commonly referred to as Kiteworks. Kiteworks is the digital equivalent of a secure mailroom.

2. The Court also ordered Defendants to provide "the name and title of the individual whom ICE identified as the 'officer[] or employee[] . . . personally and directly engaged in' the relevant criminal investigations at issue in its June 27 request to the IRS." The datafile that ICE provided on June 25, 2025 listed Jesse J. Williams as the "IRS-POC" for each request. The June

27 letter from Acting Director Lyons confirmed that Mr. Williams was the person personally and directly engaged in the preparation for any criminal proceeding or criminal investigation. Mr. Williams is the Assistant Director of the ICE Enforcement and Removal Operations ("ERO") Field Operations.

    3.    Finally, the Court ordered Defendants to provide "the name and title of the individual who received the IRS's August 7 disclosure on behalf of ICE." The IRS responded to ICE's request with the understanding that it would be delivered to Assistant Director Williams. The IRS responded to ICE's request on August 7, 2025 by providing a datafile via a digital folder provided in Kiteworks. The IRS understands that four ICE employees possessed the necessary permissions to retrieve the Kiteworks folder on Assistant Director Williams's behalf: two ICE Government Contractor Systems Architects; the ICE Homeland Security Investigations ("HSI") Acting Special Assistant to Assistant Director Williams; and an ICE HSI Criminal Analyst.[1] The IRS further responded through a letter to ICE Acting Director Lyons. A copy of that letter is attached as Exhibit 2.

Dated: September 18, 2025

        Respectfully submitted,

        BRETT A. SHUMATE
        Assistant Attorney General
        Civil Division

        ELIZABETH J. SHAPIRO
        Deputy Director, Federal Programs Branch

---

[1] Defendants understood from the Court's statements at the September 5, 2025 hearing that names of specific individuals may not be necessary in responding to the Court's questions. Given the high-profile nature of this proceeding, and to protect government employees from potential harassment, Defendants have not included in this filing the names of the ICE employees with permissions to retrieve the digital folder in Kiteworks. If the Court requires the names of those employees, Defendants will provide them, but Defendants would respectfully request the Court's permission to file that information under seal.

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
Senior Trial Counsel
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*

# EXHIBIT 1

*Office of the Director*

**U.S. Department of Homeland Security**
500 12th Street, NW
Washington, DC 20536



**U.S. Immigration and Customs Enforcement**

June 27, 2025

Dear Commissioner Long,

    In accordance with the Memorandum of Understanding (MOU) signed between the U.S. Department of the Treasury, Internal Revenue Service (IRS) and the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE) for the Exchange of Information for Nontax Criminal Enforcement, signed on or about April 7, 2025, this letter serves as ICE's written request for the last known address of the individuals listed in the information request sent to the IRS by ICE via Kiteworks, the IRS' preferred file sharing platform, on June 25, 2025 (the "Information Request").

    The Information Request was electronically submitted to the IRS by ICE and contained a data file titled EARM_Full_Delta_Schema_v2.zip (the "Data File"). As set forth in Section 6 of the MOU and as required by IRC § 6103(i)(2)(A) & (B), each line of the Data File is hereby modified to include the following information:

- the designated nontax Federal criminal statute is 8 U.S.C. § 1253(a)(1)); and

- the reason for this request is to permit the U.S. Department of Homeland Security to conduct its mission in furtherance of its statutory mandate, and in preparation for judicial or administrative proceedings, or investigation that may lead to such proceedings, pertaining to the enforcement of 8 U.S.C. § 1253(a)(1), other specifically designated Federal criminal statute, or any subsequent criminal proceedings; and

- the reason why each requested disclosure is, or may be, relevant to such proceeding or investigation is that the requested information may contain address information which is potentially at issue with respect to investigating or proving a violation under 8 U.S.C. § 1253(a)(1); and

- the point of contact field in the Data File is the identity of the officer(s) and/or employe(es) who are personally and directly engaged in the criminal proceeding or criminal investigation; and

- ICE attests that the information will only be used by officers and employees of ICE solely for the preparation for judicial or administrative proceedings, or investigation that may lead to such proceedings, pertaining to the enforcement of 8 U.S.C. § 1253(a)(1),

**FOR OFFICIAL USE ONLY**

other specifically designated Federal criminal statute, or any subsequent criminal proceedings.

Thank you for your immediate attention to this matter.

Sincerely,

Todd M. Lyons
Acting Director

**FOR OFFICIAL USE ONLY**

# EXHIBIT 3



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

INFORMATION TECHNOLOGY

Date: August 7, 2025

Todd M. Lyons
Acting Director
United States Immigration and Customs Enforcement (ICE)
Department of Homeland Security (DHS)
Washington, DC 20536

Subject:  IRS-DHS Memorandum of Understanding – Production of Address Information

Dear Acting Director Lyons:

We are writing in response to your letter dated June 27, 2025, in which you requested, pursuant to the IRS-DHS Memorandum of Understanding dated April 7, 2025, and the IRS-DHS Implementing Agreement dated April 18, 2025 (collectively, the "MOU"), the last known addresses of individuals listed in a data file you transmitted separately to the IRS via Kiteworks on June 25, 2025.

The IRS has processed your request and is providing the last known addresses of identifiable individuals in a datafile titled earm_full_delta_schema_v2_irsoutput_20250806.csv (the "Data File") and transmitted to ICE via Kiteworks on August 6, 2025.  Pursuant to the MOU, the Data File also indicates a "no match" for the individuals whose addresses the IRS was unable to identify from the information you provided.  Please note that the addresses being provided in the datafile are the last known addresses of the identifiable individuals as of August 6, 2025, the date we completed processing your request.  Address information in IRS records may change thereafter if IRS receives change of address information from individuals or from the U.S. Postal Service.

You are provided this information with the understanding that it will be used strictly in accordance with, and subject to the limitations and disclosure provisions of, section 6103(i)(2) of the Internal Revenue Code (IRC) (26 U.S.C. § 6103(i)(2)) and the MOU. As provided therein, the information can only be disclosed to the persons and only for the purposes described in section 6103(i)(2).  Information disclosed or used contrary to these provisions may subject the agency to civil damages under IRC Section 7431, and its employees (including contractors) to criminal liability under IRC Sections 7213 or 7213A, as well as Section 1905 of Title 18 of the United States Code.

2

If you have any questions, please contact me.

Very truly yours,

James D. Keith Jr.  Digitally signed by James D. Keith Jr.
Date: 2025.08.07 14:47:55 -04'00'

James Keith
Coordinating Director,
Taxpayer Services and Experience,
Information Technology
Internal Revenue Service