# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| No. 25-5181 | September Term, 2025 |
|---|---|
| | FILED ON: FEBRUARY 24, 2026 |

CENTRO DE TRABAJADORES UNIDOS, ET AL.,
    APPELLANTS

v.

SCOTT BESSENT, IN HIS CAPACITY AS SECRETARY OF THE TREASURY, ET AL.,
    APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:25-cv-00677)

Before: SRINIVASAN, *Chief Judge*, MILLETT, *Circuit Judge*, and EDWARDS, *Senior Circuit Judge*

### **J U D G M E N T**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

BY:   /s/

            Daniel J. Reidy
            Deputy Clerk

Date: February 24, 2026

Opinion for the court filed by Senior Circuit Judge Edwards.