# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 25-5181                                      September Term, 2025

1:25-cv-00677-DLF

Filed On: February 24, 2026 [2160709]

Centro de Trabajadores Unidos, et al.,

       Appellants

   v.

Scott Bessent, in his capacity as Secretary
of the Treasury, et al.,

       Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Daniel J. Reidy
      Deputy Clerk